**People of the State of Illinois, Plaintiff-Appellee, v. William Smith (Impleaded) and Edward Smith (Impleaded), Defendants-Appellants.**

Gen. Nos. 49,538, 49,539. ▮

First District, Second Division.

September 29, 1964.

Robert J. Sharfman and David L. Holleb, of Chicago, for plaintiffs in error; William G. Clark, Attorney General, of Springfield (Daniel P. Ward, State's Attorney, of Chicago, Fred G. Leach and E. Michael O'Brien, Assistant Attorneys General, Elmer C. Kissane and William J. Nellis, Assistant State's Attorneys, of counsel), for defendant in error. Opinion by JUSTICE FRIEND. **Not to be published in full.**